Appeal from the Circuit Court for Baltimore County, In Equity (PRESTON, J.).

Bill by Priscilla Stearns Totten against Howe Totten, to which defendant filed a cross-bill. From a decree for defendant, plaintiff appeals. Affirmed.

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and WALSH, JJ.

*Elmer J. Cook* and *Edgar Allan Poe,* for the appellant.

*George Weems Williams* and *Edward H. Burke,* for the appellee.

ADKINS, J., delivered the opinion of the Court, affirming the decree, with costs to the appellee.

---

CHARLES C. BENJAMIN, ADMINISTRATOR, *v.* KLOTSCH & APPEL, INCORPORATED, ET AL.

*Appeal in Equity—Finding of Fact.*

On an issue as to the sufficiency of a heating plant, *held* that, in view of the conflict in the evidence, the chancellor's finding of fact adverse to plaintiff, on whom rested the burden of proof, would not be disturbed.

*Decided May 4th, 1926.*

Appeal from the Circuit Court of Baltimore City (SOLTER, J.).

Bill by Israel Benjamin against Klotsch & Appel, Incorporated, and Harry M. Thornton. Upon the suggestion of the death of said plaintiff, his administrator, Charles C. Benjamin, was made a party, and he appeals from the decree. Affirmed.

The cause was argued before BOND, C. J., PATTISON, URNER, OFFUTT, DIGGES, PARKE and WALSH, JJ.

*David Ash,* for the appellant.

*Albert A. Sapero,* for the appellee.

URNER, J., delivered the opinion of the Court, affirming the decree, with costs.